IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH TERRA, et al.,** | : | |
| Respondents. | : | NO. 24-3309 |

## ORDER

**NOW**, this **16th day of October 2025**, upon review of the docket and consideration of the Amended Petition for Writ of *Habeas Corpus* (ECF No. 20), Petitioner's Motion for a Preliminary Injunction and a Temporary Restraining Order and Request for an Evidentiary Hearing (ECF No. 8), Petitioner's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 12), Petitioner's Emergency Petition (ECF No. 22), Petitioner's Motion for Default Judgment and Request for Adjudication of Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 27), Petitioner's Motion for Preliminary Hearing (ECF No. 35), the Report and Recommendation filed by United States Magistrate Judge Sitarski (ECF No. 41), Petitioner's Objections to the Report and Recommendation (ECF No. 44), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Sitarski (ECF No. 41) is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DENIED**;

4. Petitioner's Motions for a Preliminary Injunction and Temporary Restraining Order (ECF Nos. 8 and 12), Petitioner's Emergency Petition (ECF No. 22), Petitioner's Motion for Default Judgment and Request for Adjudication of his other motions

(ECF No. 27), and Petitioner's Motion for Preliminary Hearing (ECF No. 35) are **DENIED.**

5. No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**